UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 22  P 4: 13

US [...]

MARIA PEREZ

V.

NO. 3:01CV1782 (SRU)

INS

## ORDER TO SHOW CAUSE

Upon the amended petition of Maria Perez, it is hereby

ORDERED that the respondent file a response on or before **November 24, 2003**, showing cause why the relief prayed for in the amended petition should not be granted and addressing the merits of the petitioner's claims.

Entered at Bridgeport, Connecticut, this 22nd day of October 2003.

Stefan R. Underhill
United States District Judge