```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

MARIE FIDELINA-PEREZ,           :    CIV. NO. 3:01CV01782 (SRU)
Petitioner,                     :
                                :
v.                              :
                                :
IMMIGRATION & NATURALIZATION    :
SERVICE and GARY COTE,          :
Officer-in-Charge, INS,         :
Respondents.                    :    NOVEMBER 24, 2003
```

## MOTION FOR EXTENSION OF TIME

Respondents Immigration and Naturalization Service and Gary Cote, Officer-in-Charge, INS, respectfully move for an extension of time of forty-five (45) days, up to and including January 8, 2004, within which to respond to the Court's Order to Show Cause dated October 22, 2003.

The reason for this request is that the undersigned is consulting with staff at the Department of Justice's Office of Immigration Litigation in formulating a response to the amended petition and additional time is needed to finalize that response.

This is the first request for extension of time with regard to this deadline. Counsel for petitioner does not object to the granting of this request.

WHEREFORE, respondents request that the time within which to respond to the Order to Show Cause be extended up to and including January 8, 2004.

                                        Respectfully submitted,

                                        KEVIN J. O'CONNOR
                                        UNITED STATES ATTORNEY

                                        /s/
                                        JAMES K. FILAN, JR.
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Federal Bar No. ct15565
                                        915 Lafayette Blvd. Room 309
                                        Bridgeport, CT 06604
                                        (203) 696-3000

CERTIFICATION

This is to certify that a copy of the foregoing was sent United States Mail, postage prepaid, on this date, to:

James E. Swaine
234 Church Street, Suite 300
New Haven, CT 06510
Inmate

Dated at Bridgeport, Connecticut this 24th day of November, 2003.

_____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY