UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

MARIE FIDELINA-PEREZ,       :    CIV. NO. 3:01CV1782(SRU)
Petitioner,                 :
                            :
v.                          :
                            :
IMMIGRATION & NATURALIZATION :
SERVICE and GARY COTE,      :
Officer-in-Charge, INS,     :
Respondents.                :    NOVEMBER 24, 2003

## MOTION FOR EXTENSION OF TIME

Respondents Immigration and Naturalization Service and Gary Cote, Officer-in-Charge, INS, respectfully move for an extension of time of forty-five (45) days, up to and including January 8, 2004, within which to respond to the Court's Order to Show Cause dated October 22, 2003.

The reason for this request is that the undersigned is consulting with staff at the Department of Justice's Office of Immigration Litigation in formulating a response to the amended petition and additional time is needed to finalize that response.

This is the first request for extension of time with regard to this deadline. Counsel for petitioner does not object to the granting of this request.

GRANTED; ABSENT OBJECTION.
SO ORDERED. /s/ Stefan R. Underhill, U.S.D.J.
2003 DEC -2