```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

MARIE FIDELINA-PEREZ,           :    CIV. NO. 3:01CV01782 (SRU)
Petitioner,                     :
                                :
v.                              :
                                :
IMMIGRATION & NATURALIZATION    :
SERVICE and GARY COTE,          :
Officer-in-Charge, INS,         :
Respondents.                    :    FEBRUARY 25, 2004
```

## MOTION FOR EXTENSION OF TIME

Respondents Immigration and Naturalization Service and Gary Cote, Officer-in-Charge, INS, respectfully move <u>nunc</u> <u>pro</u> <u>tunc</u> for an extension of time of approximately forty-five (45) days, up to and including April 9, 2004, within which to respond to the Court's Order to Show Cause dated October 22, 2003.

The reason for this request is that the undersigned is still consulting with staff at the Department of Justice's Office of Immigration Litigation in formulating a response to the amended petition. Moreover, the undersigned's trial schedule over the next few weeks is impacting on the ability to file a response within that time frame.

This is the second request for extension of time with regard to this deadline. Counsel for petitioner does not object to the granting of this request.

WHEREFORE, respondents request that the time within which to respond to the Order to Show Cause be extended up to and including April 9, 2004.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct15565
915 Lafayette Blvd. Room 309
Bridgeport, CT 06604
(203) 696-3000

<u>CERTIFICATION</u>

    This is to certify that a copy of the foregoing was sent United States Mail, postage prepaid, on this date, to:

James E. Swaine
234 Church Street, Suite 300
New Haven, CT 06510
Inmate

    Dated at Bridgeport, Connecticut this 25th day of February, 2004.

_____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY