# 14

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. CLERK
BRIDGEPORT COURT
FEB 25   3 44 PH '04

FILED

MARIE FIDELINA-PEREZ,          :    CIV. NO. 3:01CV01782 (SRU)
Petitioner,                    :
                               :
v.                             :
                               :
IMMIGRATION & NATURALIZATION   :
SERVICE and GARY COTE,         :
Officer-in-Charge, INS,        :
Respondents.                   :    FEBRUARY 25, 2004

## MOTION FOR EXTENSION OF TIME

Respondents Immigration and Naturalization Service and Gary

Cote, Officer-in-Charge, INS, respectfully move nunc pro tunc for

an extension of time of approximately forty-five (45) days, up to

and including April 9, 2004, within which to respond to the

Court's Order to Show Cause dated October 22, 2003.

The reason for this request is that the undersigned is still

consulting with staff at the Department of Justice's Office of

Immigration Litigation in formulating a response to the amended

petition.  Moreover, the undersigned's trial schedule over the

next few weeks is impacting on the ability to file a response

within that time frame.

This is the second request for extension of time with regard

to this deadline.  Counsel for petitioner does not object to the

granting of this request.

FILED
U.S. DISTRICT CT.
BRIDGEPORT
2004 MAR

GRANTED; ABSENT OBJECTION.

SO ORDERED.  Stefan R. Underhill, U.S.D.J.  3/2/04