```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

MARIE FIDELINA-PEREZ,            :    CIV. NO. 3:01CV01782 (SRU)
Petitioner,                      :
                                 :
v.                               :
                                 :
IMMIGRATION & NATURALIZATION     :
SERVICE and GARY COTE,           :
Officer-in-Charge, INS,          :
Respondents.                     :    APRIL 12, 2004
```

## MOTION FOR EXTENSION OF TIME

Respondents Immigration and Naturalization Service and Gary Cote, Officer-in-Charge, INS, respectfully move for an extension of time of approximately thirty (30) days, up to and including May 12, 2004, within which to respond to the Court's Order to Show Cause.

The reason for this request is that the undersigned is still consulting with staff at the Department of Justice's Office of Immigration Litigation in formulating a response to the amended petition. Moreover, the undersigned had to address an unanticipated family medical emergency that impacted his ability to file a response within the previous time frame.

This is the third request for extension of time with regard to this deadline. Counsel for petitioner does not object to the granting of this request.

WHEREFORE, respondents request that the time within which to respond to the Order to Show Cause be extended up to and including May 12, 2004.

                                      Respectfully submitted,

                                      KEVIN J. O'CONNOR
                                      UNITED STATES ATTORNEY

                                      JAMES K. FILAN, JR.
                                      ASSISTANT UNITED STATES ATTORNEY
                                      Federal Bar No. ct15565
                                      915 Lafayette Blvd. Room 309
                                      Bridgeport, CT 06604
                                      (203) 696-3000

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was sent United States Mail, postage prepaid, on this date, to:

James E. Swaine
234 Church Street, Suite 300
New Haven, CT 06510
Inmate

Dated at Bridgeport, Connecticut this 12th day of April, 2004.

_____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY