#16

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 12 P 2:10
U.S. DISTRICT COURT
BRIDGEPORT, CONN

MARIE FIDELINA-PEREZ,      :   CIV. NO. 3:01CV01782 (SRU)
Petitioner,                :
                           :
v.                         :
                           :
IMMIGRATION & NATURALIZATION :
SERVICE and GARY COTE,     :
Officer-in-Charge, INS,    :
Respondents.               :   APRIL 12, 2004

## MOTION FOR EXTENSION OF TIME

Respondents Immigration and Naturalization Service and Gary Cote, Officer-in-Charge, INS, respectfully move for an extension of time of approximately thirty (30) days, up to and including May 12, 2004, within which to respond to the Court's Order to Show Cause.

The reason for this request is that the undersigned is still consulting with staff at the Department of Justice's Office of Immigration Litigation in formulating a response to the amended petition. Moreover, the undersigned had to address an unanticipated family medical emergency that impacted his ability to file a response within the previous time frame.

This is the third request for extension of time with regard to this deadline. Counsel for petitioner does not object to the granting of this request.

GRANTED; ABSENT OBJECTION.
SO ORDERED. /s/ Stefan R. Underhill U.S.D.J.
4/15/04