UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

***********************************

| | | |
|---|---|---|
| **MARIA FIDELINA PEREZ** | * | CIV. NO. 3:01CV01782 (SRU) |
| Petitioner | * | |
| | * | |
| v. | * | |
| | * | |
| **IMMIGRATION &** | * | |
| **NATURALIZATION SERVICE** | * | |
| and GARY COTE, | * | |
| Officer-in-Charge, INS, | * | November 17, 2004 |
| **Respondents** | * | |
| | * | |

**************************************

**JOINT MOTION TO ALLOW PETITIONER LEAVE
TO FILE ADDITIONAL LEGAL MEMORANDUM OF LAW**

    The Petitioner and the Respondent, by and through their undersigned counsel, hereby jointly move the Court for an extension of time, up to and including December 8, 2004, for the Petitioner to file additional legal memoranda in support of her Amended Writ of Habeas Corpus.  The parties further move that the scheduling of the matter for argument and

1

decision be made sometime thereafter at the Court's convenience.

        RESPECTFULLY SUBMITTED
        THE PETITIONER
        MARIA FIDELINA PEREZ

        BY: _____
        JAMES E. SWAINE, Her Attorney
        The Law Offices of James E. Swaine
        18 Trumbull Street
        New Haven, CT 06511
        (203) 498-0086
        Federal Bar: CT02793

        RESPECTFULLY SUBMITTED,

        THE RESPONDENT
        IMMIGRATION & NATURALIZATION
        SERVICE

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        BY: _____
        JAMES K. FILAN, JR.
        Assistant United States Attorney
        915 Lafayette Blvd.
        Bridgeport, CT 06604
        (203) 696-3000

Federal Bar: CT15565

3

## CERTIFICATION

      This is to certify that a copy of the foregoing was sent United States Mail, postage prepaid, on this date, to:

James E. Swaine
The Law Offices of James E. Swaine
18 Trumbull Street
New Haven, CT 06511

      Dated at Bridgeport, Connecticut this 17th day of November, 2004.

                                  JAMES K. FILAN, JR.
                                  ASSISTANT UNITED STATES ATTORNEY