UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA FIDELINA PEREZ, | : | |
|     Petitioner, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:01cv1782 (SRU) |
| | : | |
| JAMES LOY, ACTING SECRETARY, | : | |
| DEPARTMENT OF HOMELAND | : | |
| SECURITY, | : | |
|     Respondent. | | |

## ORDER

Maria Fidelina Perez is currently detained by the Bureau of Immigration and Customs Enforcement ("BICE"), pending removal. She petitions this court for a writ of habeas corpus.

The original petition named the Immigration and Naturalization Service ("INS"), as the respondent. At the time of that filing, Perez was detained by the former INS. Perez is now detained by BICE, the branch of the Department of Homeland Security that is charged with the enforcement functions of the former INS. *See* Homeland Security Act of 2002, Pub.L. No. 107-296, 116 Stat. 2135 (Nov. 25, 2002). Because of the reorganization, as a technical matter, the nominal respondent should be the Secretary of the Department of Homeland Security.

Although neither party has moved for substitution, I order the substitution of James Loy, Acting Secretary of the Department of Homeland Security, as the respondent.

It is so ordered.

Dated at Bridgeport, Connecticut, this 14th day of February 2005.

                                                    /s/ Stefan R. Underhill
                                                   Stefan R. Underhill
                                                   United States District Judge