UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA FIDELINA PEREZ, | : | |
|     Petitioner, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:01cv1782 (SRU) |
| | : | |
| JAMES LOY, ACTING SECRETARY, | : | |
| DEPARTMENT OF HOMELAND | : | |
| SECURITY, and ALBERTO GONZALES, | : | |
| ATTORNEY GENERAL OF THE | | |
| UNITED STATES, | | |
|     Respondents. | | |

**ORDER**

Maria Fidelina Perez  is currently detained by the Bureau of Immigration and Customs Enforcement ("BICE"), pending removal.  She petitions this court for a writ of habeas corpus.

The original petition named the Immigration and Naturalization Service ("INS"), as the respondent.  At the time of that filing, Perez was detained by the former INS.  Perez is now detained by BICE, the branch of the Department of Homeland Security  ("DHS") that is charged with the enforcement functions of the former INS.  *See* Homeland Security Act of 2002, Pub.L. No. 107-296, 116 Stat. 2135 (Nov. 25, 2002).

Although neither party had moved for substitution, on February 14, 2005, I ordered the substitution of James Loy, Acting Secretary of the Department of Homeland Security, as the respondent.

Because it remains unclear which cabinet level official is ultimately responsible for detainees, I further order that Attorney General Alberto Gonzales be added as a respondent.  *Cf.* 8 U.S.C. § 1103(a)(1) (the Secretary of DHS is charged with the administration and enforcement of all laws relating to the immigration and naturalization of aliens) *with* 8 U.S.C. § 1226 (Attorney

General detains and maintains custody of aliens). *See also Patterson v. Immigration and Naturalization Service*, 2004 WL 1114575, *2, n.2 (D. Conn. Apr. 30, 2004) (discussing conflicting case law regarding whether Attorney General may be named as respondent in an immigration habeas petition and noting that under the current regime, the Secretary of the DHS serves a similar role to that of the Attorney General).

It is so ordered.

Dated at Bridgeport, Connecticut, this 15th day of February 2005.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge