UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARIA FIDELINA PEREZ

    v                                     3:01-cv-1782 (SRU)

MICHAEL CHERTOFF, Secretary,
DEPARTMENT OF HOMELAND
SECURITY, and ALBERTO GONZALES
ATTORNEY GENERAL OF THE
UNITE STATES

JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District

Judge, as a result of plaintiff's petition for writ of habeas corpus.

The Court has reviewed all of the papers filed in conjunction with the petition and on

February 18, 2005, entered a Ruling denying in part and granting in part the petition.

Therefore, it is ORDERED and ADJUDGED that the order of deportation is vacated and

the case is remanded to the Bureau of Immigration Appeals for further proceedings consistent

with the Ruling on Petition for Writ of Habeas Corpus.

Dated at Bridgeport, Connecticut, this 22nd day of February 2005.

KEVIN F. ROWE, Clerk

By /s/ Alice Montz
Deputy Clerk

Entered on Docket _____