UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAR -9  A 11: 12
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| MARIA FIDELINA PEREZ,<br>　　　Petitioner,<br><br>　　　v.<br><br>JAMES LOY, ACTING SECRETARY,<br>DEPARTMENT OF HOMELAND<br>SECURITY, and ALBERTO GONZALES,<br>ATTORNEY GENERAL OF THE<br>UNITED STATES,<br>　　　Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:01cv1782 (SRU) |

### ORDER AMENDING PRIOR RULING ON PETITION FOR WRIT OF HABEAS CORPUS

The Court's Ruling (doc. # 26) is amended to correct the following technical errors:

| Page; Line | Original Text | Corrected Text |
|---|---|---|
| 1, n.1; 5 | Gorsira | Perez |
| 1, n.1; 5 | his | her |

A corrected order will not issue, but my chambers will send a copy of this order to the West Group.

　　It is so ordered.

　　Dated at Bridgeport, Connecticut, this 8th day of March 2005.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Stefan R. Underhill
　　　　　　　　　　　　　　　　　　　　　　United States District Judge